UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01055**

------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES, AND MICHAEL J. FORDE,
AS EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR THE NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

08 CV _____

**CIVIL RULE 7.1**
**STATEMENT**



                            Plaintiffs,
-against-

EXTERIOR ERECTING SYSTEMS, INC.,
                            Defendant.
------------------------------------------------------------------X

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

                                    NONE

Dated: New York, New York
       January 31, 2008

                                      ANDREW GRABOIS (AG 3192)
                                      O'Dwyer & Bernstien, LLP
                                      Attorneys for Plaintiffs
                                      52 Duane Street
                                      New York, New York 10007
                                      (212) 571-7100