## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 01055                                                                 Purchased/Filed: February 1, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                              Plaintiff

against

*Exterior Erecting Systems, Inc.*                                                                   Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY             SS.:

_____ Lewis Sperber _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ February 15, 2008 _____, at _____ 2:00pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits and Judges Rules

on

_____ Exterior Erecting Systems, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 1 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 307 Business Corporation Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: ___ 38 ___   Approx. Wt: ___ 145 ___   Approx. Ht: ___ 5'5" ___
Color of skin: ___ White ___   Hair color: ___ Blonde ___   Sex: ___ F ___   Other: _____

Sworn to before me on this

__21st__ day of  _____ February, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0801463

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**