STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NEW YORK )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 7th day of February, 2008, I served the Plaintiffs' **SUMMONS, COMPLAINT AND JUDGES' RULES** to the following parties by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:  Exterior Erecting Systems, Inc.
     2093 Route 130
     Burlington, NJ 08106

RICH GAGE

Sworn to before me this
11th day of February, 2008

NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20_10_