UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND et al.,

                                       **7.1 DISCLOSURE**

                 Plaintiffs,

  -against-                                      08 CV 01055(LAK)(HP)

EXTERIOR ERECTING SYSTEMS, INC.

                 Defendant

       Defendant, EXTERIOR ERECTING SYSTEMS, INC.**,** hereby makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

       EXTERIOR ERECTING SYSTEMS, INC. Was a New Jersey corporation authorized to do business in the State of New York.  It is not a publically held corporation and has no parent corporation.

Dated: New York, New York
       March 20, 2008

                                              Respectfully submitted,

                                              **DAVID HENRY SCULNICK, ESQ.**

                                              By:_____
                                              David Henry Sculnick (DHS1941)
                                              Attorney for Defendant
                                              405 Lexington Avenue, 42d Floor
                                              New York, NY 10174
                                              212-867-7716TO:

O'DWYER & BERNSTEIN
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007
212-571-7100