UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND et al.,

        Plaintiffs,

-against-

EXTERIOR ERECTING SYSTEMS, INC.

        Defendant

**STIPULATION**

08 CV 01055(LAK)(HP)

MAR 28 2008

**IT IS HEREBY STIPULATED AND AGREED** as and between counsel or the undersigned that the defendant waives all jurisdictional defenses and is granted a further extension of time to answer or move until April 4, 2008.

Dated: New York, New York
March 20, 2008

O'DWYER & BERNSTEIN

_/s/ Andrew Grabois_
Andrew Grabois (AG3192)
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007
212-571-7100

DAVID HENRY SCULNICK

_/s/ David Henry Sculnick_
David Henry Sculnick (DHS1941)
Attorney for Defendant
405 Lexington Avenue, 42d Floor
New York, NY 10174
212-867-7716

SO ORDERED:

_/s/_
3/71/08

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08