UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND et al.,

                  Plaintiffs,

     -against-

EXTERIOR ERECTING SYSTEMS, INC.

                  Defendant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

**STIPULATION**

08 CV 01055(LAK)(HP)

APR - 9 2008

**IT IS HEREBY STIPULATED AND AGREED** as and between counsel or the undersigned that the defendant waives all jurisdictional defenses and is granted a further extension of time to answer or move until April 25, 2008.

Dated: New York, New York
       April 3, 2008

O'DWYER & BERNSTEIN

_____
Andrew Grabois (AG3192)
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007
212-571-7100

DAVID HENRY SCULNICK

_____
David Henry Sculnick (DHS1941)
Attorney for Defendant
405 Lexington Avenue, 42d Floor
New York, NY 10174
212-867-7716

SO ORDERED:

_____
4/9/08