```
United States District Court
Southern District of New York
------------------------------------X
```
*New York City District Council of Carpenters Pension Fund, et al.*

                              Plaintiff

against

*Exterior Erecting Systems, Inc.*


                              Defendant
```
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

08 CV 1055 (LAK)
Docket Number

This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court that all claims asserted herein have been settled, it is

ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within  30  days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

DATED: 5/9/08

_____
Hon. Lewis A. Kaplan, U.S.D.J.

I hereby consent to the entry of this proposed order:

_____        _____
      Attorney for Plaintiff                  Attorney for Defendant
ANDREW GRABOIS                          DAVID HENRY SCULNICK

Note:  Consent should be signed by the responsible Attorney for each side and not a firm name.